COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-108-CV

BANK ONE, TEXAS
 
APPELLANT

V.

FORT WORTH INDEPENDENT SCHOOL DISTRICT, ET AL
. APPELLEES

 
 

----------

FROM THE 236
th
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue. 

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.  

DELIVERED:  August 2, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.